**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

**v.**                               **4:08CR00293-01-WRW**

**ELIJAH JOHNSON**

## ORDER

Pending is the Prosecution's Motion to Dismiss (Doc. No. 20). Defendant was indicted on August 6, 2008, for violating 21 U.S.C. § 844, and 18 U.S.C. §§ 922(g)(1) and 924(e). Defendant has been convicted and sentenced in state court on related charges. The Prosecution asks the Court to dismiss without prejudice the Indictment under Federal Rule of Criminal Procedure 48(a) . The Motion is GRANTED and the Indictment is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE